**Order entered April 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01388-CV

### TARSHA HARDY, Appellant

### V.

### COMMUNICATION WORKERS OF AMERICA, INC., ET AL., Appellees

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04027

### ORDER

Before the Court is appellant's April 20, 2020 fifth motion for an extension of time to file her brief on the merits. We **GRANT** appellant's motion and **ORDER** the brief tendered to this Court by appellant on April 21, 2020 filed as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE